NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOCIAL SECURITY ADMINISTRATION, SUNSET HOUSING SOLUTIONS, L.P.,**
*Plaintiffs-Appellees*

**v.**

**RICARDO JOSE CALDERON LOPEZ,**
*Defendant-Appellant*

---

2024-1970

---

Appeal from the United States District Court for the Central District of California in No. 2:21-cv-08627-CAS-E, Senior Judge Christina A. Snyder.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Ricardo Jose Calderon Lopez moves to revise the caption. The court dismisses this appeal for lack of jurisdiction.

Mr. Calderon Lopez brought suit against appellees in California state court and then sought to remove the case

to federal court.  On November 4, 2021, the district court remanded the case to state court.  Mr. Calderon Lopez appealed that decision to the United States Court of Appeals for the Ninth Circuit, which dismissed his appeal as frivolous on July 14, 2022.  That same day, the district court entered an order rejecting a filing from Mr. Calderon Lopez.  On June 11, 2024, Mr. Calderon Lopez filed a notice of appeal directed to this court from a "07/14/2022" decision.  ECF No. 1-2 at 1.

To the extent Mr. Calderon Lopez seeks review of a decision of the Ninth Circuit, we lack jurisdiction.  *See* 28 U.S.C. § 1295.  To the extent he instead seeks review of the district court's decision, "the timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 60 days after entry of final judgment when the case involves a United States agency, 28 U.S.C. § 2107; Fed. R. App. P. 4. Here, Mr. Calderon Lopez's notice of appeal, filed nearly two years after the July 2022 decision, is clearly untimely. For at least this reason, we and any other court of appeals lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed, and all pending motions are denied.

(2)  Each party shall bear its own costs.

FOR THE COURT



July 25, 2024
Date

Jarrett B. Perlow
Clerk of Court